**IN THE COURT OF APPEALS OF TENNESSEE**
**AT NASHVILLE**

STATE OF TENNESSEE ) CANNON COUNTY
DEPARTMENT OF CHILDREN'S )
SERVICES, ) NO. 01A01-9806-JV-00275
    Petitioner/Appellee )
v. ) HON. JOHN B. MELTON, III
) JUDGE
TAMRA LEANN VIAR, )
    Respondent/Appellant )
and )
)
JOHN FITZGERALD GROSS, )
(Present Whereabouts Unknown) )
and )
)
THE UNKNOWN FATHER OF )
KATELYN NICOLE VIAR, )
(Present Whereabouts Unknown) )
    Respondents. )
)
IN THE MATTER OF: )
KATELYN NICOLE VIAR )
Date of Birth: 9/22/95 )

FILED

February 5, 1999

Cecil W. Crowson
Appellate Court Clerk

## ORDER ON PETITION TO REHEAR

_____We have reviewed the Petition to Rehear filed on behalf of the Attorney

General and conclude that the Petition should be denied for the following

reasons.

1. The Attorney General contends that the State has proved the gounds set out

in T.C.A. § 36-117(g)(3)(A), thereby justifying termination of parental rights.

We find, however, that the testimony concerning the mother's *current*

relationship with her child does not meet the requirements of 36-117-

(g)(3)(A)(i) and (iii) by clear and convincing evidence.

2. The Attorney General contends that the return of the child to the custody of

her mother presents a threat to the child's safety. We disagree, and reference

the testimony of Lynn Lawrence, Kenneth Hazel, Lorett Quarcoo, Debbie

Holder, Ann Richey, Rita Waller, Carolyn Thomas and Dale Peterson, all of whom have been in personal contact with the mother and child.

The Petition to Rehear is denied at the costs of the Attorney General.

2

_____
William H. Inman, Senior Judge


_____
Houston M. Goddard, Presiding Judge


_____
Herschel P. Franks, Judge